In re LEARY'S ESTATE. (Supreme Court, Appellate Division, First Department. June 28,

1907.) In the matter of the estate of Sylvester N. Leary, deceased.

PER CURIAM. Decree affirmed, with costs against the appellants personally. Order filed.

INGRAHAM, J., dissents.